UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00037-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MALCOLM BYNUM, TICO JERMAINE )<br>BYNUM, and DONALD BYNUM, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on Defendants' "Objections" to the Order entered by the magistrate judge in this case (Doc. No. 38) denying their motion to amend. (Doc. No. 39). The Court has reviewed Defendants' objections and concludes Defendants have failed to show any part of the magistrate judge's order is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a). In so ruling, the Court adopts the reasons stated in the Government's Response in Opposition to Defendants' Objections, (Doc. No. 42). The Court therefore declines to set aside or modify any part of the magistrate judge's order DENYING the motion to amend.

IT IS SO ORDERED.

Signed: January 3, 2022

Frank D. Whitney
United States District Judge

1