UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:21-CV-00037

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MALCOLM BYNUM and DONALD BYNUM, | ) ) ) |
| Defendants. | ) ) ) |

## VERDICT FORM

**Issue One:** "Was Malcolm Bynum's transfer of 1344 Downs Avenue a fraudulent transfer?"

YES __✓__     NO _____,

**Issue Two:** "Was Malcolm Bynum's transfer of 1344 Downs Avenue a fraudulent transfer?"

YES __✓__     NO _____.

The Foreperson is directed to sign and date where indicated, below.

DATE