# Exhibit A

# Property Description

The property is commonly referred to as 1344 Downs Avenue, Charlotte, North Carolina 28205, and described here below:

**Being** all of Lot 13, Block 6, as shown on map of Davis Park recorded in Map Book 3, page 293, Mecklenburg Public Registry.

**Being** the same property conveyed to V.L. Lipe and wife, Lillie H. Lipe, by deed dated September 22, 1936, and recorded in Book 876, page 359, Mecklenburg Public Registry.

**Being** the same property devised to Mildred L. Mullis and Lorean L. Bottoms by Will of Lillie Houser Lipe. Reference is made to Estate File No. 88-E-1623 in the Office of the Clerk of Superior Court for Mecklenburg County, North Carolina.

**Being** the same property conveyed to Mildred M. Wallace by Mildred L. Mullis and Husband, Joe L. Mullis, and Lorean L. Bottoms and Husband, Richard L. Bottoms, by deed dated July 19, 1988, and recorded in Book 5814, page 200, Mecklenburg Public Registry.

**Being** the same property conveyed to Tico J. Bynum by Mildred M. Wallace by deed dated November 14, 2016, and recorded in Book 31775, page 473, Mecklenburg Public Registry.